AO 243 (Rev. 01/15)                                                                                                                    Page 2

<center>MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY</center>

| **United States District Court** | District | Central District of California |
|---|---|---|
| Name *(under which you were convicted)*: Carmen Luera | | Docket or Case No.: 13-CR-555-DDP |
| Place of Confinement: Victorville Medium II FCI | | Prisoner No.: 66649-112 |
| UNITED STATES OF AMERICA  V.  Carmen Luera | | Movant *(include name under which convicted)* |

**MOTION**   CV16-9586-DDP

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   US District Court for the Central District of California Western Division

   (b) Criminal docket or case number (if you know): 13-CR-555-DDP

2. (a) Date of the judgment of conviction (if you know): 1/11/2016

   (b) Date of sentencing: 1/11/2016

3. Length of sentence: 14 Months

4. Nature of crime (all counts):
   Conspricay to defraud the United States with respect to claims

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☑    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?
   N/A

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☑

8. Did you appeal from the judgment of conviction?    Yes ☐    No ☑

AO 243 (Rev. 01/15) Page 3

9. If you did appeal, answer the following:
   (a) Name of court: _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised:




   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☐
      If "Yes," answer the following:
      (1) Docket or case number (if you know): _____
      (2) Result: _____

      (3) Date of result (if you know): _____
      (4) Citation to the case (if you know): _____
      (5) Grounds raised:





10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____
        (5) Grounds raised: _____

AO 243 (Rev. 01/15) Page 4

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☐
    (7) Result: _____
    (8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: _____
    (2) Docket of case number (if you know): _____
    (3) Date of filing (if you know): _____
    (4) Nature of the proceeding: _____
    (5) Grounds raised:



    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☐
    (7) Result: _____
    (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:    Yes ☐    No ☐
    (2) Second petition:    Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 243 (Rev. 01/15)

Page 5

**GROUND ONE:** Mrs. Luera's attorney did not present evidence of my multiple medical conditions and how incarceration would exacerbate those afflictions.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Mrs. Luera had surgery on both my hands to help relieve her carpal tunnel syndrome and before incarceration she was doing weekly physical therapy sessions to help with the recovery process of both those surgeries. Before incarceration she was also attending weekly physical therapy sessions for Plantar Fasciitis which causes extreme pain in the heels of both of her feet to the effect that she had to wear foot splints to sleep which she no longer has access to. She was also awaiting approval to have surgery on one of her knees for miniscus injuries that caused pain in both of her joints, one of which she had surgery on already along with thphysical therapy to help with recovery and now will have to wait till release to receive surgery on the other. She also has Bilateral Medial and lateral Epicondylitis more commonly referred to as Tennis Elbow which she was receiving physical therapy sessions for on a weekly basis. She also has lower back injuries,to the effect of bulging discs 2, 4, and 5 which she needs to have surgery on to relieve the pain from those discs. She also has Bilateral Hammer Toe which causes pain in her feet and she would need surgery on them to bring relief to the stress and pain on her feet. Lastly she has painful shoulder conditions that she was getting tests done to diagnose the cause of pain. Mrs. Luera believes had the court known about all of these conditions that she was diagnosed with, would have helped shed light on the need for a lighter sentence so she wouldnt be without these much needed surgeries and physical therapy sessions.

(b) **Direct Appeal of Ground One:**
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐    No ☐
    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐    No ☑
    (2) If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition: _____
Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐    No ☐
    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐    No ☐
    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐    No ☐

AO 243 (Rev. 01/15)                                                                                                              Page 6

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** Mrs. Luera's attorney promised to obtain and present certain mitigating evidence which he failed to follow through on and present to the court

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Mrs. Luera's lawyer promised to set up an appointment with a psychiatrist and IQ testing center to obtain a mental evaluation and IQ evaluation that he would represent to the court. The main reason he said was to show how she was not intelligent enough to mastermind such a conspiracy and that with her lack of a high IQ she would only be able to play a small part in the conspiracy. Her attorney procastinated and told her multiple times he was going to set up times for her to go, along with saying he was searching for a reputable location of where I could go to get these evaluations done. He failed to give her any info on where she could go to get these done and when it came close to the time he had to present the evidence to the court he said she should just search on her own and get the evaluations done wothout his help. Being so close to her court date she neither had the time or knowledge of where to get these evaluations done, so they could not be presented to the court. Mrs. Luera believes if her attorney followed through with these evaluations she might have received a lighter sentence.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:** The court failed to take into account the impact on her dependants

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Mrs. Luera's mother and father are in old age and were dependant on her to take them to many of their doctor appointments mainly because she at the time was not working due to her medical conditions, so she was the only one that had the time to take them to their many docotor visits. Some visits were scheduled and others were unscheduled so they would have to be taken on a whim without any warning due to complications arising in their health randomely.

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☐

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☑

    (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐    No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

AO 243 (Rev. 01/15) Page 9

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

---

**GROUND FOUR:** Mrs. Luera's attorney did not present evidence on how incarceration would deny her the chance to retire from her job when she was so close to receiving full benefits by doing so

    (a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

In 2017 she would have had the chance of retiring from the United States Postal Service after 30 years of employment. She would have received full benefits which would have benefited her family in a substantial way. Also she would have received her full pension that she no longer has the chance to be awarded with. Had she received her full pension she believes it would have benefited the United States Government as well by making it so she could pay a little more towards my restitution. when she brought up the fact of how close she was to receiving these benefits to her lawyer he stated it would not help in receiving a lighter sentence so it was never presented to the court.

    (b) **Direct Appeal of Ground Four:**
        (1) If you appealed from the judgment of conviction, did you raise this issue?
            Yes ☐    No ☐
        (2) If you did not raise this issue in your direct appeal, explain why:

    (c) **Post-Conviction Proceedings:**
        (1) Did you raise this issue in any post-conviction motion, petition, or application?
            Yes ☐    No ☑

        (2) If you answer to Question (c)(1) is "Yes," state:
    Type of motion or petition: _____
    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know): _____
    Date of the court's decision: _____
    Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

All four of the issues are being argued fully in this petition for the first time. Mrs. Luera raised these questions with her counsel urging to present these issues with the court and in all cases he didnt adequately present these issues or ignored them completely.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No ☑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 243 (Rev. 01/15) Page 11

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing:
N/A

(b) At the arraignment and plea:
Jerome Alan Busch   4400 MacArthur Blvd Ste 900 Newport Beach, CA 92660

(c) At the trial:
N/A

(d) At sentencing:
Jerome Alan Busch   4400 MacArthur Blvd Ste 900 Newport Beach, CA 92660

(e) On appeal:
N/A

(f) In any post-conviction proceeding:
Jerome Alan Busch   4400 MacArthur Blvd Ste 900 Newport Beach, CA 92660

(g) On appeal from any ruling against you in a post-conviction proceeding:
N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:
(c) Give the length of the other sentence:
(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
   (1)  the date on which the judgment of conviction became final;
   (2)  the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
   (3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (4)  the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)            Page 13

Therefore, movant asks that the Court grant the following relief:
**6 Months**

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ .
(month, date, year)

Executed (signed) on    12/23/2016    (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.
I, Sergio Luera, son of Carmen Luera am signing this movant. I am signing because carmen was recently incarcerated and we still havent been able to visit her to get her to sign this movant and we do not have a date of when we will be able to visit her, so to make sure the statute of limitations does not bar this movant, i am signing to make sure the one year staute of limitations does not go into effect before we are able to have her sign and mail this document.





PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
POSTAGE REQUIRED

# PRIORITY® ★ MAIL ★

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE

* Domestic only

CV

P

US POSTAGE AND FEES PAID
PRIORITY MAIL
Dec 22 2016
Mailed from ZIP 92571
PM Flat Rate Env
CommercialBasePrice
071V00557246
endicia.com

PRIORITY MAIL 1-DAY

SERGIO LUERA
31101 MONTGOMERY AVE
NUEVO CA 92567

0006

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 23 2016
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Shipped using PostalMate®
Pkg: 133903

SHIP TO:
U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF
CLERK WESTERN DIVISION
312 N SPRING ST
LOS ANGELES CA 90012-4701

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

USPS TRACKING #
9405 5102 0082 9256 9909 29

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

UNITED STATES POSTAL SERVICE.

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

# PRIORITY® ★ MAIL ★

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*



P S 00001000014

EP14F July 2013
OD: 12.5 x 9.5



**UNITED STATES POSTAL SERVICE**®

* Domestic only.   * For international shipments, the maximum weight is 4 lbs.